UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
HERBERT RICKLIN, et al.,

            Plaintiffs,

-against-

HI-TECH CONSTRUCTION & MANAGEMENT
SERVICES, INC., et al.

           Defendants.
------------------------------------------------------------------- X

00 CV 2494 (ARR)

NOT FOR PUBLICATION

OPINION AND ORDER

ROSS, United States District Judge:

The court has received the Report and Recommendation on the instant case dated February 6, 2006 from the Honorable Roanne L. Mann, United States Magistrate Judge. No objections have been filed. Having conducted a de novo review of the record, the court hereby adopts the Report and Recommendation, in its entirety, as the opinion of the court pursuant to 28 U.S.C. § 636(b)(1). Accordingly, the court grants plaintiffs' motion to voluntarily dismiss their claims with prejudice against defendants Hi-Tech Construction and Management Services, Inc., North-East Construction & Management Services, Inc., and Abdul Sageer. Plaintiff's complaint is therefore dismissed with prejudice. The Clerk of the Court is directed to enter judgment accordingly.

SO ORDERED.

                                             Allyne R. Ross
                                             United States District Judge

Dated: February 21, 2006
       Brooklyn, New York

1

SERVICE LIST:

*Counsel for Plaintiffs:*
Charles R. Virginia
Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC
Trinity Centre
111 Broadway
14th Floor - Suite 1403
New York, NY 10006

*Counsel for Defendants*:
John A. Jasilli
708 Third Avenue, 6th Floor
New York, NY 10017

cc: Magistrate Roanne L. Mann